IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**FILMET COLOR LABORATORIES, INC.,**      Bankruptcy No. 09-28639

**Debtor.**     Chapter 11

    Document No.

## REQUEST FOR NOTICES AND SERVICE OF PAPERS

Please take notice that Zambrano Filmet Associates, L.P., a creditor in the above captioned case, hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the person at the following address and that the following name and address be added to the Mailing Matrix:

Robert O Lampl
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)

## DECLARATION IN LIEU OF AFFIDAVIT

I am Robert O Lampl, Counsel for Zambrano Filmet Associates, L.P., a creditor in the above captioned case. I hereby request that the above address be added to the matrix.

Dated: November 23, 2009     /s/ *Robert O Lampl*
    ROBERT O LAMPL
    PA I.D. #19809
    JOHN P. LACHER
    PA I.D. #62297
    ELSIE R. LAMPL
    PA I.D. #208867
    960 Penn Avenue, Suite 1200
    Pittsburgh, PA 15222
    (412) 392-0330 (phone)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

FILMET COLOR LABORATORIES, INC.,     Bankruptcy No. 09-28639

Debtor.     Chapter 11

Document No.

## CERTIFICATE OF SERVICE

I, Robert O Lampl, John P. Lacher and Elsie R. Lampl, hereby certify, that on the 23rd day of November, 2009, I served a true and correct copy of the foregoing **REQUEST FOR NOTICES AND SERVICE OF PAPERS** upon the following *(via electronic service):*

Joseph M. Fornari, Jr.
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

John P. Vetica, Jr.
600 Commerce Drive
Moon Township, PA 15108-3106

/s/ *Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
ELSIE R. LAMPL
PA I.D. #208867
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)